AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
District of Puerto Rico

| | | |
|---|---|---|
| José Alberto Vizcarrondo, Joni T. Faris and the conjugal partnership formed between them <br><br> *Plaintiff(s)* <br><br> v. <br><br> Telecinco, Inc., et al <br><br> *Defendant(s)* | ) ) ) ) ) ) ) ) ) ) ) ) ) | Civil Action No. 18-1753 (DRD) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* The Conjugal Partnership formed between Paul Hopgood and Jane Doe
Buchanan Office Center 40 Carretera 165, Suite 201 Guaynabo, PR 00968-8022

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:    CARLOS R. PAULA, ESQ.
LABOR COUNSELS, LLC
252 AVE. PONCE DE LEÓN, SUITE 500
SAN JUAN, PR 00918

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

FRANCES RIOS DE MORAN, ESQ.
*CLERK OF COURT*

Date:   10/25/2018

CERTIFIED TO BE A TRUE AND EXACT COPY OF THE DOCUMENT, OR AN AUTHORIZED ELECTRONIC DOCKET ENTRY ON FILE.
FRANCES RIOS DE MORAN, CLERK
BY:

Digitally signed by Viviana Diaz-Mulero
Date: 2018.10.25 15:57:34 -04'00'

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 18-1753 (DRD)

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* The Conjugal Partnership formed between Paul Hopgood and Jane Doe

was received by me on *(date)* Oct 31, 2018.

☐ I personally served the summons on the individual at *(place)* _____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there, on *(date)* _____, and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)* Paul Hopgood, who is designated by law to accept service of process on behalf of *(name of organization)* The Conjugal Partnership formed between Paul Hopgood and Jane Doe on *(date)* Nov 2, 2018; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: Nov. 2, 2018

Server's signature: Pedro Horne b

Printed name and title

Server's address: C11. Salva # 122 R.P. S.J.P.R.

Additional information regarding attempted service, etc: