IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| **José Alberto Vizcarrondo, et al.,** | |
| *Plaintiff,* | CIVIL NO. 18-1753 (DRD) |
| v. | |
| **Telecinco, Inc., et al.,** | |
| *Defendants.* | |

**ORDER**

Upon further consideration of co-defendants, Telecinco, Inc., ARA International, LLC ERA International Corporation, Hacienda Tres Hermanos, Inc. and Hacienda Igualdad, Inc.'s pending *Emergency Motion for Reconsideration of Order Enjoining Stockholder Meeting Set for December 20, 2018 (Docket No. 38) or, Alternatively, to Dissolve the TRO* (Dkt. No. 49) **and co-defendants' representation that no stockholder meeting will take place until January 15, 2019,** *see* Dkt. No. 37, p. 3), the Court GRANTS co-defendants' motion for reconsideration and accordingly, VACATES Orders at Dkt. Nos. 38 and 61. The Court will revisit the instant controversy and make all rulings it deems necessary as to this matter upon the completion of the Preliminary Injunction Hearing.

Furthermore, after carefully weighing the parties' positions regarding the issuance of a Preliminary Injunction and the ramifications thereof, the Court finds that the instant case is plagued with issues of credibility and serious legal issues, which are critical to the resolution of the parties' disputes. Therefore, the Court sets a Settlement Conference for January 14, 2019 at 9:30 a.m. in Judge Domínguez' Chambers at the Old San Juan Courthouse.[1] The parties are to

---

[1] Preliminary Injunction Hearing remains set for January 14, 2019 at 2:00 p.m. until further notice.

make necessary arrangements to make themselves available for said Conference as no continuances will be granted.

Party representatives are to be available in person or by telephone to aid in negotiations. The Court expects the parties to tend to the matters in the instant case with maturity and prudence to recognize whether reaching a settlement agreement is appropriate to resolve the controversies at hand. The Court further urges the parties to engage in frank, open, mature and meaningful dialogues with each other in order to reach a potential settlement.

**IT IS SO ORDERED.**

In San Juan, Puerto Rico, on this 27th day of December, 2018.

*S/Daniel R. Domínguez*
Daniel R. Domínguez
United States District Judge